

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00250-CR

Devonte Riondo **CAMPBELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR8553
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA,
AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED, and counsel's motion to withdraw is GRANTED.

The trial court clerk is ORDERED to prepare and file a corrected bill of costs reflecting no court-appointed attorney's fees are assessed against Devonte Riondo Campbell in trial court cause number 2021CR8553.

SIGNED May 14, 2025.

_____
Rebeca C. Martinez, Chief Justice